IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**TODD JEFFERY GATES,** :

    **Petitioner,** :
          **CIVIL ACTION 12-0330-KD-M**
**v.** :
          **CRIMINAL ACTION 10-00026-KD-M**
**UNITED STATES OF AMERICA,** :

    **Respondent.** :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 102) be **GRANTED,** that Petitioner's Motion to Vacate (Doc. 98) be **DENIED,** and that this action be **DISMISSED.** It is further **ORDERED** that, if Petitioner files a certificate of appealability, then it is **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this 21st day of September, 2012.

                                      s/ Kristi K. DuBose
                                      KRISTI K. DuBOSE
                                      UNITED STATES DISTRICT JUDGE